IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JOHN P. HEHMAN
CLERK

2013 FEB 25 PM 3: 07

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 2:13 cr 47 |
| v. | : | 26 U.S.C. §7201 |
| | : | 31 U.S.C. §5317  JUDGE SMITH |
| JON SCOTT DIAMOND | : | 31 U.S.C. §5324(a)(3) |

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about the 16th day of April, 2007, Defendant JON SCOTT DIAMOND, a resident of Westerville, Ohio, in the Southern District of Ohio, did willfully attempt to evade and defeat approximately $97,044 in income taxes due and owing by him to the United States of America for the calendar year 2006 by concealing income and failing to file a U.S. Individual Income Tax Return, Form 1040, for that year.

In violation of Title 26, United States Code, Section 7201.

### COUNT 2

On or about the 15th day of April, 2008, Defendant JON SCOTT DIAMOND, a resident of Westerville, Ohio, in the Southern District of Ohio, did willfully attempt to evade and defeat approximately $56,608 in income taxes due and owing by him to the United States of America for the calendar year 2007 by concealing income and failing to file a U.S. Individual Income Tax Return, Form 1040, for that year.

In violation of Title 26, United States Code, Section 7201.

## COUNT 3

On or about the 15th day of April, 2009, Defendant JON SCOTT DIAMOND, a resident of Westerville, Ohio, in the Southern District of Ohio, did willfully attempt to evade and defeat approximately $27,003 in income taxes due and owing by him to the United States of America for the calendar year 2008 by concealing income and failing to file a U.S. Individual Income Tax Return, Form 1040, for that year.

In violation of Title 26, United States Code, Section 7201.

## COUNT 4

From on or about February 6, 2006, through on or about October 30, 2008, Defendant JON SCOTT DIAMOND, who well knew of the legal obligation of financial institutions to report transactions in excess of $10,000, knowingly engaged in structured currency transactions which included April 17, 2008, by depositing $9,583 at a Fifth Third Bank located at 8353 Sancus Boulevard, Columbus, Ohio 43240, in the Southern District of Ohio, and Defendant JON SCOTT DIAMOND's purpose for engaging in that structured transaction was to evade the bank's reporting obligation.

In violation of Title 31, United States Code, Section 5324(a)(3).

## FORFEITURE

The United States of America seeks forfeiture from Defendant JON SCOTT DIAMOND of his interest in the following property:

2005 BMW 645ci, VIN #WBAEK73405B327501

Funds and trade-in property for Defendant JON SCOTT DIAMOND's purchase on or about the 11th day of May, 2007, of the above-identified property were involved, directly and indirectly, and otherwise are traceable to one or more accounts maintained by said defendant at Fifth Third Bank, whereat he had engaged in structured currency transactions in violation of Title 31, United States Code, Section 5324(a)(3).

Consistent with Title 31, United States Code, Section 5317(c)(1)(A).

CARTER M. STEWART
United States Attorney

*/s/ Brenda S. Shoemaker*

BRENDA S. SHOEMAKER  (0041411)
Financial Crimes Chief